Erville Mitford BREWER, Appellant, v. Julian N. FRISBIE, Warden, Appellee.

No. 11199.

United States Court of Appeals Sixth Circuit.

Dec. 19, 1950.

Robert Jordan, Cincinnati, Ohio, for appellant.

Stephen J. Roth and Walter H. Taylor, and Edmund E. Shepherd, all of Lansing, Mich., for appellee.

Before ALLEN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Whalen v. Frisbie, Warden, 6 Cir., 185 F.2d 607.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. DANIEL HAMM DRAYAGE COMPANY, Inc., Respondent.

No. 13186.

United States Court of Appeals Fifth Circuit.

Jan. 22, 1951.

Clarence D. Musser, Atty., Atlanta, Ga., A. Norman Somers, Asst. General Counsel,

David P. Findling, Associate General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

John A. Caddell, Decatur, Ala., for respondent.

John D. Higgins, Birmingham, Ala., amicus curiae, United Brotherhood of Carpenters and Joiners of America.

Before HOLMES, BORAH and RUSSELL, Circuit Judges.

PER CURIAM.

It is considered by the Court, and so ordered, that the petition to enforce the order of the Board be, and the same hereby is, granted.